IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| In Re: | Case No: 10-07900 SEK |
|---|---|
| JAVIER CONCEPCION JIMENEZ<br>MARIA MERCEDES CONCEPCION | Chapter 13 |
| Debtor(s) | |

# MOTION TO INFORM AMENDED PLAN

TO THE HONORABLE COURT:

**NOW COMES** the debtor, through the undersigned attorney, and very respectfully alleges and prays:

1. That today the debtor is filing an amended chapter 13 repayment plan.

2. That the reason for amendment is that debtor will surrender to trustee any collections enforced received.

**WHEREFORE, it is** respectfully requested to this Honorable Court to take notice of the aforementioned.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that a true and exact copy of the foregoing motion has been filed electronically with the Clerk of the Court using CM/ECF systems which will send notification of such to the Chapter 13 Trustee, and we sent copy of this document through regular mal to debtor (s) and all non CM/ECF participants interested parties to their addresses listed on the master address list.

In San Juan, Puerto Rico this 31st day of January of 2011.

JPC LAW OFFICE

Jose M Prieto Carballo, Esq
P.O. Box 363565
San Juan, P.R. 00936-3565
Tel (787) 607-2066 & Tel (787) 607-2166
jpc@jpclawpr.com

By: /s/ Jose M Prieto Carballo, Esq.

# United States Bankruptcy Court
## District of Puerto Rico

IN RE:                                                                      Case No. 10-07900-13

CONCEPCION JIMENEZ, JAVIER & MERCEDES CONCEPCION, MARIA        Chapter 13
<br>Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____     ☑ AMENDED PLAN DATED: 1/31/2011
☐ PRE ☐ POST-CONFIRMATION               Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ 800.00 x 60 = $ 48,000.00
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ 48,000.00

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:
☐ Sale of Property identified as follows:
_____
_____
☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ 48,000.00

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 2,714.00

Signed: **/s/ JAVIER CONCEPCION JIMENEZ**
         Debtor

         **/s/ MARIA MERCEDES CONCEPCION**
         Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR _____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. _____    Cr. _____    Cr. _____
# _____      # _____      # _____
$ _____      $ _____      $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. BBVA    Cr. _____    Cr. _____
# 96168990447      # _____      # _____
$ 19,250.00      $ _____      $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____    Cr. _____    Cr. _____
# _____      # _____      # _____
$ _____      $ _____      $ _____
4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
    AHMSI             COOPACA
5. ☐ Other: _____
6. ☑ Debtor otherwise maintains regular payments directly to:
    COOP A/C VEGABAJENA
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
                ☐ Paid 100% / ☐ Other: _____
Cr. _____    Cr. _____    Cr. _____
# _____      # _____      # _____
$ _____      $ _____      $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
See Continuation Sheet

Attorney for Debtor Jose Prieto                                         Phone: (787) 607-2066

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE CONCEPCION JIMENEZ, JAVIER & MERCEDES CONCEPCION, MARIA    Case No. 10-07900-13
Debtor(s)

# CHAPTER 13 PAYMENT PLAN
## Continuation Sheet - Page 1 of 1

FAILURE TO TIMELY OBJECT TO THIS PLAN BY A CREDITOR CONSTITUTES A WAIVER OF THE EQUAL MONTHLY AMOUNT METHOD OF PAYMENT 11 USC 1325 (a)(5).

ATTORNEY'S FEES WILL BE PAID AHEAD OF SECURED CREDITORS PER 11 USC 330.

TAX REFUNDS, IF ANY ARE RECEIVED BY DEBTOR, WILL BE TENDERED TO THE TRUSTEE AS PERIODIC PAYMENTS TO FUND THE PLAN UNTIL PLAN COMPLETION IN ADDITION TO PAYMENTS ALREADY PROVIDED HEREIN. IF DEBTOR(S) NEED TO USE ANY PART OF THESE FUNDS, PROPER AUTHORIZATION WILL BE SOUGHT FROM THE COURT FOR SUCH PURPOSE.

DEBTORS WILL PROVIDE INSURANCE IN FAVOR OF BBVA THROUGH EASTERN AMERICAN INSURANCE INC.

$200 ADEQUATE PROTECTION TO BBVA

ANY PROCEEDS FROM COLLECTION EFFORTS LISTED IN SCHEDULE B, WILL BE SURRENDER TO TRUSTEE IN ORDER TO MAXIMIZE DISTRIBUTION TO CREDITORS IN THE PRESENT PROCEEDING.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

```
Label Matrix for local noticing           BANCO BILBAO VIZCAYA AGENTARIA           COOP A/C VEGABAJENA
0104-3                                    ANGEL VAZQUEZ BAUZA ESQ                  PO BOX  4622
Case 10-07900-SEK13                       PO BOX 191017                            VEGA BAJA, PR 00694-4622
District of Puerto Rico                   SAN JUAN, PR 00919-1017
Old San Juan
Wed Oct  6 14:32:12 AST 2010

RECOVERY MANAGEMENT SYSTEMS CORP          US Bankruptcy Court District of P.R.     AHMSI
GE MONEY BANK (SAM'S CLUB)                U.S. Post Office and Courthouse Building P O BOX 619063
25 S.E. 2ND AVENUE, SUITE 1120            300 Recinto Sur Street, Room 109         DALLAS, TX  75261-9063
MIAMI, FL 33131-1605                      San Juan, PR 00901-1964


BANCO BILBAO VIZCAYA ARGENTARIA PR        BANCO POPULAR DE PUERTO RICO             BANCO SANTANDER
ANGEL M. VAZQUEZ BAUZA                    BANKRUPTCY DEPARTMENT                    P O BOX 362589
PO BOX 191017                             PO BOX 366818                            SAN JUAN, PR  00936-2589
SAN JUAN  PR. 00919-1017                  SAN JUAN PR 00936-6818


BANK OF AMERICA                           BBVA                                     BPPR
P O BOX 1532                              P O BOX 3671397                          P O BOX 366818
WILMINGTON, DE 19899-1532                 SAN JUAN, PR  00936                      SAN JUAN, PR 00936-6818


CHASE                                     COOP A/C VEGABAJENA                      COOPACA
P O BOX 36520                             APARTADO 4622                            P O BOX 1056
LOUISEVILLE, KY  40233-6520               VEGA BAJA, PR 00694-4622                 ARECIBO, PR  00613-1056


FIRST BANK / PRESTAMO PERSONAL            FIRST BANK OF PR                         FIRST BANK OF PR
BANKRUPTCY DIVISION                       FIA CARD SERVICES                        P O BOX 19327
PO BOX 9146                               P O BOX 15026                            SAN JUAN, PR 00910-1327
SAN JUAN PR 00908-0146                    WILMINGTON, DE  19850-5026


Rjm Acquisitions Llc                      SEARS                                    JAVIER CONCEPCION JIMENEZ
575 Underhill Blvd                        P O BOX 6241                             HC33 BO 2003
Suite 224                                 SIOUX FALLS, SD 57117-6241               DORADO, PR 00646
Syosset, NY 11791-3416


JOSE M PRIETO CARBALLO                    JOSE RAMON CARRION MORALES               MARIA MERCEDES CONCEPCION
JPC LAW OFFICE                            PO BOX 9023884                           HC 33 BOX 2003
PO BOX 363565                             SAN JUAN, PR 00902-3884                  DORADO, PR 00646-9701
SAN JUAN, PR 00936-3565


MONSITA LECAROZ ARRIBAS                   End of Label Matrix
OFFICE OF THE US TRUSTEE (UST)            Mailable recipients    24
OCHOA BUILDING                            Bypassed recipients     0
500 TANCA STREET  SUITE 301               Total                  24
SAN JUAN, PR 00901-1938
```